# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barbara Jean Sims aka Barbara J Taney Sims aka Barbara J Sims <br><br>                              Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns <br>                              Movant <br>                   vs. | NO. 21-12240 AMC |
| Barbara Jean Sims aka Barbara J Taney Sims aka Barbara J Sims <br>                              Debtor(s) | |
| Kenneth E. West Esq. <br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **November 4, 2021, docket number 26**.

                                        Respectfully submitted,


                                        /s/ Rebecca A. Solarz, Esq.
                                        _____
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: December 23, 2021