**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Sheila Williams,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor,** | : | **Bankruptcy No.  21-12960-elf** |

**Certificate of Service**

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's 2nd Amended Payment Plan, filed on 6/13/2022, upon the following individuals listed below, by electronic means, email and/or first-class mail on 6/14/2022.

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Sheila Williams
1155 Slocum Street
Philadelphia, PA 19150

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**

**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,

/s/Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W
Ste 400E,
Philadelphia, PA 19106