UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWIN L. HINKLE, Debtor                    : NO. 18-15573 ELF

**NOTICE OF FILING OF APPLICATION
OF DEBTOR'S COUNSEL FOR COMPENSATION**

PLEASE TAKE NOTICE that Charles W. Campbell, Attorney for Debtor Edwin L. Hinkle, has filed an application with the court for approval of payment of additional counsel fees in the amount of $4,000, for work performed in representation of the debtor in matters related to the filing of this Chapter 13 case after 11/5/2019.

Any person who objects to the approval of this fee must, within 21 days of the date of this notice, file an objection with the Clerk of the Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA  19107, and serve a copy of same upon Charles W. Campbell, Counsel for Debtor, 43 East Marshall Street, Norristown, PA  19401.  In the event no objection is filed, the court may approve the application.

RESPECTFULLY SUBMITTED,

/S/_____
CHARLES W. CAMPBELL
Attorney for Debtor
43 East Marshall Street
Norristown, PA  19401
Phone:  (610) 272-2400
Fax:  (610) 991-2242
Email:  cwcampbell3@gmail.com
I.D. No. 37206

DATE: 12/16/2021