UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWIN L. HINKLE, Debtor                         : NO. 18-15573 ELF

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION**
**(DOCUMENT NO. 162)**

The undersigned hereby certifies that, as of January 25, 2022, he has received no answer, objection or other responsive pleading to the Application of Debtor's Counsel for Compensation, document no. 162, filed on December 16, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the said Application for Compensation appears thereon.  Pursuant to Notice of Filing of Application for Compensation filed and served on December 16, 2021, objections to the Application for Compensation were to be filed and served no later than January 6, 2022.  It is hereby respectfully requested that the Order attached to the Application for Compensation be entered at the earliest convenience of the Court.

RESPECTFULLY SUBMITTED,


/S/_____
CHARLES W. CAMPBELL
Attorney for Debtor
43 East Marshall Street
Norristown, PA  19401
Phone:  (610) 272-2400
Fax:  (610) 991-2242
Email:  cwcampbell3@gmail.com
I.D. No. 37206

DATE: 1/25/2022