UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWIN L. HINKLE, Debtor                                                                : NO. 18-15573 ELF

## ORDER

AND NOW, this   28th   day of   January   , 2022, upon consideration of the application for additional compensation of Charles W. Campbell, attorney for debtor, and any answer thereto, it is ORDERED that said application is granted and Mr. Campbell is allowed additional compensation of $4,000.00) for services rendered to debtor after 11/5/2019 as an administrative priority claim, payable from the plan payments received by the Chapter 13 Trustee.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**